AO 93 (Rev. 11/13) Search and Seizure Warrant



# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| In the Matter of the Search of | ) |
| --- | --- |
| 8333 Kamelia Court<br>Elk Grove, California | ) Case No.<br>) **2 1 8 - SW  0 3 1 9   EFB** |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ____Eastern____ District of ____California____
*(identify the person or describe the property to be searched and give its location)*:

**SEE ATTACHMENT A, attached hereto and incorporated by reference.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

**SEE ATTACHMENT B, attached hereto and incorporated by reference.**

**YOU ARE COMMANDED** to execute this warrant on or before ____April 18, 2018____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to: <u>any authorized U.S. Magistrate Judge in the Eastern District of California.</u>

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*  ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: 4-4-2018 at 9:30 AM

Judge's signature

City and state:   Sacramento, California       Edmund F. Brennan, U.S. Magistrate Judge
*Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2) (modified)

| Return | | |
|---|---|---|
| Case No.:<br>2:18 SW 0319EFB | Date and time warrant executed:<br>4/4/18  1330 | Copy of warrant and inventory left with:<br>Haiyan Chen |
| Inventory made in the presence of:<br>Jose Ochoa | | |

Inventory of the property taken and name of any person(s) seized:

327. Marijuana Plants

Misc. documents

### Certification

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

*C, R S_*

Subscribed, sworn to, and returned before me this date.

_Signature of Judge_        4-20-2018
                            Date


EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE