1  McGREGOR W. SCOTT
   United States Attorney
2  MATTHEW M. YELOVICH
   ROGER YANG
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile: (916) 554-2900

6  Attorneys for Plaintiff
   United States of America
7

**FILED**

APR 24 2019

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

8              IN THE UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING: | CASE NOS. |
| 12176 Hobday Rd., Wilton, CA | 2:18-SW-0308 EFB, |
| 7109 18th Street, Rio Linda, CA | 2:18-SW-0318 EFB, |
| 8333 Kamelia Ct., Elk Grove, CA | 2:18-SW-0319 EFB, |
| | [PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |

20      Upon application of the United States of America and good cause having been shown,

21      IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby

22  ordered unsealed.

23  Dated: 4/24/2019                    _Carolyn Delaney_
24                                      The Honorable Carolyn K. Delaney
                                        UNITED STATES MAGISTRATE JUDGE
25

26

27

28

[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS        1